```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 11-41342 EDJ** |
| **MICHAEL ALAN MILLER,** | **Chapter 13** |
| Debtor. | **AMENDED MOTION TO MODIFY CHAPTER 13 PLAN** |
| _____/ | |

The above-named debtor applies to the court for an order to modify his Chapter 13 Plan as follows:

Commencing June 2011, debtor will pay $1,200.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

The modification is sought on the following grounds: Debtor's expenses have increased.

Dated: June 10, 2011

                                         /s/ Patrick L. Forte
                                         PATRICK L. FORTE
                                         Attorney for Debtor