```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-41342 EDJ |
| **MICHAEL ALAN MILLER**, | Chapter 13 |
| | **CERTIFICATE OF SERVICE** |
| Debtor. | |
| _____/ | |

My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On June 10, 2011, I served the within;

**AMENDED MOTION TO MODIFY CHAPTER 13 PLAN; NOTICE TO CREDITORS OF DEADLINE TO REQUEST A HEARING**

on the below-named electronically through the court's CM/ECF program:

**Martha Bronitsky, Trustee     U. S. Trustee**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 10, 2011            /s/ Joe P. Segura
                                JOE P. SEGURA