Entered on Docket
July 01, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed: July 01, 2011

_____
EDWARD D. JELLEN
U.S. Bankruptcy Judge
_____

PATRICK L. FORTE, Bar #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 11-41342 EDJ |
| **MICHAEL ALAN MILLER,** | Chapter 13 |
|                     **Debtor.** | **ORDER SUSTAINING OBJECTION TO CLAIM #5-1 OF U.S. BANK, N.A.** |

Upon consideration of the Declaration Re Default On Objection To Claim and good cause appearing thereof;

IT IS HEREBY ORDERED that:

The default of U.S. Bank, N.A. is entered and the objection to Claim #5-1 is sustained.

Claim #5-1 filed on May 6, 2011, by U.S. Bank, N.A. is:

( ) Disallowed for any amount of secured arrearages

(X) Allowed as an unsecured deficiency claim.

( ) Disallowed in its entirety.

***END OF ORDER***

**COURT SERVICE LIST**

**DEBTORS' ATTORNEYS**
Patrick L. Forte, Esq.
Anne Y. Shiau
One Kaiser Plaza, #480
Oakland, CA 94612

**CHAPTER 13 TRUSTEE**
Martha Bronitsky
Trustee
P.O. Box 5004
Hayward, CA 94540

U.S. TRUSTEE
1301 Clay St. #690N
Oakland, CA 94612

**CLAIMANT**
Attn: Officer or Managing Agent
U.S. Bank, N.A.
PO Box 5229
Cincinnati, OH 45201

**Attn: Officer or Managing Agent**
**U.S. Bank, NA**
**425 Walnut Street**
**Cincinnati, OH 45202**